FILED

04 NOV -9 PM 3: 46

CLERK U S DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br><br>IGOR POPOV<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>~~04-2658m~~<br><br>CR 04-1617 GHK<br><br>**NOTICE OF DELIVERANCE<br>OF FOREIGN PASSPORT AND RECEIPT** |

To:   Detention & Removal
      300 North Los Angeles St., Room 7631
      Los Angeles, CA 90012

On <u>November 9, 2004</u>, Passport Number <u>44no2561694</u>, issued to the above-named defendant from <u>The union of soviet socialist republics</u>, was surrendered to the custody of the Clerk of Court pursuant to Court Order.

Clerk, U. S. District Court

<u>November 9, 2004</u>                By <u>Rosalind Tyus-Simon</u>
Date                                    Deputy Clerk

*Distribution of Notice: Original to Detention & Removal and copy to be kept with passport; one copy to file; one copy to deft., if requested.*

---

## RECEIPT

This will acknowledge receipt of Passport Number _____ previously surrendered to the Clerk of Court pursuant to a prior Order of Court.

Document used for identification purposes: _____.

_____                _____
Date                                    Signature of Owner of Passport

*Distribution of Receipt: Original to case file; copy to Detention & Removal; copy to deft., if requested.*

CR-98 (10/04)        NOTICE OF DELIVERANCE OF FOREIGN PASSPORT AND RECEIPT