**ORIGINAL**

*PRIORITY SEND*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Case No: CR 04-1617 GHK            Date: 01/25/05

---

PRESIDING: **THE HONORABLE GEORGE H. KING, U.S. DISTRICT JUDGE**

| Beatrice Herrera | Not Reported | William You (not present) |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U. S. Attorney |

---

| U.S.A. vs (Defendant(s) listed below) | Attorneys for Defendant(s) listed below |
|---|---|
| 1) Igor Popov | 1) Angel Navarro |
| NOT present ___custody  X bond | NOT present  X appointed ___retained |

**PROCEEDINGS:    IN CHAMBERS**

On the Court's own motion, the above matter set for status conference on January 31, 2005, is hereby continued to **February 07, 2005 at 3:30 p.m.** Defendant and counsel of record shall appear on date and time specified above.

**IT IS SO ORDERED.**

ENTERED CT ICMS
JAN 25 2005

MINUTES FORM
CRIM - GEN                                   Initials of Deputy Clerk_____