P SEND

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | ☑ LA  ☐ RS  ☐ SA  ☐ UNDER SEAL |
| | PLAINTIFF | CASE NUMBER: CR-04-1617 |
| | | ☐ COMPLAINT          ☐ OUT OF DISTRICT AFFIDAVIT |
| | | ☑ INDICTMENT        ☐ INFORMATION |
| v. | | ☐ SUMMONS          ☐ EXTRADITION |
| | | ☑ PSA/PO WARRANT |
| | | ☐ SUPER FAST TRACK (Class B Misdemeanor) |
| Igor Popov | DEFENDANT. | FILED: _____ |
| | | VIOLATION: 18', 3148 |
| | | DATE: 3-2-05          TIME: 2:00 |
| | | TAPE NUMBER: CR87 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE McMahon | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT:  _A. Flores_  _Steve Kim_  _N/A_
           *Deputy Clerk*          *Assistant U S. Attorney*          *Interpreter / Language*

☑ Defendant informed of charge and right to:  remain silent; appointment of counsel, if indigent; right to bail; bail review and
☑ preliminary hearing  OR  ☐ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged  ☐ is_____

☐ Defendant advised of consequences of false statement in financial affidavit.  ☐ Financial Affidavit ordered **SEALED**.

☑ Attorney: _Mark Windsor_  ☐ Retd.  ☐ Apptd. ☑ Prev. Apptd.  ☐ DFPD  ☐ Panel  ☐ Poss. Contribution
  Ordered (see separate order)    ☐ Special appearance by:_____

☑ Government's request for detention is: ☑ GRANTED    ☐ DENIED    ☐ WITHDRAWN    ☐ CONTINUED

☑ Defendant is ordered: ☑ Permanently Detained    ☐ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:    ☐ GRANTED    ☐ DENIED

☐ Preliminary Hearing waived.

☐ **SUPER FAST TRACK**    ☐ Defendant is advised of maximum penalties.

☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the
  setting of further proceedings.

☑ **PO/PSA WARRANT**    ☐ Counsel are directed to contact the clerk for District Judge _____ for
  the setting of further proceedings. re conditions of release violations

☑ Preliminary Hearing set for _3/16/05_ at ~~4:30 PM~~ 2:00 pm. Before Mag. Judge McMahon in

☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Anna

☐ Government's motion to dismiss case/defendant _____ only:  ☐ GRANTED    ☐ DENIED 580 in

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED    ☐ DENIED    Royal Bldg.

☐ Defendant executed Waiver of Rights.   ☐ Process received.

☐ Court ORDERS defendant Held to Answer to _____ District of _____ unless vacated

   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____ by Judge King

   ☐ Warrant of removal and final commitment to issue.   ☐ Warrant of removal and final commitment are ordered stayed
     until _____.

☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM

   Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.

   Proceedings will be held in the ☐ Duty Courtroom_____  ☐ Judge's Courtroom _____

☑ Defendant committed to the custody of the U.S. Marshal   ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

   RELEASE ORDER NO:_____

☑ Other: _The arrest reports be provided to defense cnsl. if supplied to deft. The address of victims to be redacted._

☐ PSA          ☐ FINANCIAL          ☐ READY

cc: *AUSA, Defendant's counsel*                                      Deputy Clerk Initials_____
   ☐ *PSALA, ☐ PSASA, ☐ PSAED, ☐ USPO*                      _____ : _____

**ORIGINAL -WHITE COPY**          PINK- PIA CLERK          YELLOW - STATS          GREEN - CRD

*U.S GPO 2004-778-324/13004