# ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Case No: CR 04-1617 GHK                              Date: 03/07/05

================================================================
PRESENT: HON. GEORGE H. KING, U.S. DISTRICT JUDGE

    Beatrice Herrera        John Turman           William You
    Deputy Clerk            Court Reporter        Asst. U. S. Attorney

================================================================
U.S.A. vs (Dfts listed below)        Attorneys for Defendants

1) Igor Popov                         1) Mark Windsor
 X  pres   X custody   ___ bond        X  pres   X apptd   ___ retnd

---

**PROCEEDINGS:**        **CHANGE OF PLEA**

  XX   Defendant requests to enter change of plea to Indictment.

  XX   Defendant sworn and questioned by the Court.

  XX   Defendant enters new and different plea of GUILTY to **Count  1 **.

  XX   The Court questions the defendant regarding plea of GUILTY
       and FINDS that a factual basis has been laid and further
       FINDS the plea is knowledgeable and voluntarily made.  The
       Court ORDERS the plea accepted and entered.

  XX   The Court refers the defendant to the Probation Office for
       investigation and report and the matter is continued to
       **APRIL 11, 2005 @ 11 A.M.** for sentencing.

  XX   The Court further ORDERS deft to cooperate with Probation in the
       preparation of a PSI report, and ordered to return for sent on date
       indicated above.  *COURT ORDERS EXPEDITED SENTENCING*

CC: U. S. Probation Office
    Pretrial Services

ENTERED CLMS
MAR 10 2005

MINUTES FORM 6
CRIM - GEN                          Initials of Deputy Clerk    bh