SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No. __CR 04-1617(A) GHK__ Date __04/11/05__

**Present: The Honorable** __GEORGE H. KING, U. S. DISTRICT JUDGE__

| Beatrice Herrer | John Turman | William You |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| Igor Popov | Mark Windsor | N/A |
|---|---|---|
| Defendant | Counsel for Defendant | Interpreter |

**PROCEEDINGS:**     **SENTENCING AND JUDGMENT**

___ Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

_X_ Three (3) years Probation imposed on Ct 1 of the Indictment __under the usual terms & conditions (see back of__ Judgment/Commitment Order) & the following additional terms and conditions, under the direction of Probation Office:
  ___ Perform _____ hours of community service.
  ___ Serve _____ in a CCC/CTC.
  ___ Pay $_____ fine amounts & times determined by P/O.
  ___ Make $_____ restitution in amounts & times determined by P/O.
  _X_ Participate in home detention with electronic monitoring for a term of **six months**.
  ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision.
  ___ Comply with rules/regulations of BICE, if deported not return to U.S.A. illegally and upon any reentry during
  _X_ period of supervision report to the nearest P/O within 72 hours.
  ___ Other conditions: _____

___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

_X_ Pay __$100__ per count, special assessment to the United States for a total of __$100__

___ Imprisonment for _____ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within __days/months__ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

_X_ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

_X_ Defendant informed of right to appeal.

___ ORDER sentencing transcript for Sentencing Commission. ___ Processed statement of reasons.

_X_ Bond exonerated ___ upon surrender _X_ upon service of __Home Detention__

___ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U. S. Marshal

___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

___ Issued Remand/Release # _____

___ Present bond to continue as bond on appeal.     Appeal bond set at $ _____

___ Filed and distributed judgment. Issd JS-3. ENTERED.

___ Other _____

ENTER ON ICMS
APR 14 2005

Initials of Deputy Clerk __Bea__