# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**TO:** Clerk, United States District Court

Attention: Beatrice Herrera                    Date: 4/10/2008
           Deputy Clerk

**SUBJECT: REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| IGOR ALEXANDREVICH POPOV | CR04-01617-GHK | 27267-112 |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* Angel Navarro, FPD |
|---|---|
|  | TELEPHONE NO. (213)894-7121 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on April 28, 2008 at 3:30 p.m. A citation will be issued to the defendant.

Interpreter Needed?   ☐ Yes   ☒ No      Language Type: English

BILLY L. MOFFETT, JR., (818) 346-0115          MICHAEL RASPER, (818) 346-1145
U. S. PROBATION OFFICER                        SUPERVISING PROBATION OFFICER

**FAX NO.** (818) 346-5246

*Routing of Request:*   Orig. To Clerk's Office      Copies to:   U. S. Attorney (Chief, Criminal Division)
                                                                  Federal Public Defender (Chief Deputy)

---

## FOR CLERK'S USE ONLY

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable GEORGE H. KING, U.S. District Judge, on April 28, 2008 at 3:30 p.m. a.m./p.m. in Courtroom No. 650.

CLERK, U. S. DISTRICT COURT

Date  4/10/08                           By Angela Bridges for Beatrice Herrera
                                           Deputy Clerk

*Routing on Notice by Clerk:*   Original -   Court File                                      ☐
                                cc:          U. S. Probation Officer                         ☑
                                             U. S. Attorney, Attn: Chief, Criminal Division  ☑
                                             Defense Attorney                                ☐
                                             Federal Public Defender, Attn: Chief Deputy     ☑
                                             U. S. Marshal (Warrant Cases only)              ☐
                                             Interpreter Section, Clerk's Office (When needed) ☐

SUP 216
1/10/07