UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 04-1617 GHK | Date | April 28, 2008 |
|---|---|---|---|

| Presiding: The Honorable | GEORGE H. KING, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter: | N/A |

| Beatrice Herrera | Walter Ledge | Wendy Wu/Kevin Rosenberg |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Cited | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| IGOR ALEXANDREVICH POPOV | ✔ | | ✔ | Mark S. Windsor | ✔ | ✔ | |

**PROCEEDINGS:    PRELIMINARY REVOCATION OF SUPERVISED RELEASE**

     Matter called.  Defendant and counsel of record present.  Also present is Billy Moffett, Jr., Probation Officer.  The Court having heard from counsel, continues the above proceedings to **May 12, 2008 at 3:30 p.m .**  Defendant and counsel of record shall appear on date and time specified herein.

     **IT IS SO ORDERED.**

|  | 00 | : | 07 |
|---|---|---|---|
| Initials of Deputy Clerk | | | Bea |