UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 04-1617 GHK | Date | May 12, 2008 |
|---|---|---|---|

| **Presiding: The Honorable** | **GEORGE H. KING, UNITED STATES DISTRICT JUDGE** |
|---|---|

| Interpreter | N/A |
|---|---|

| Angela Bridges | John Turman | Wendy Wu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Igor Alexandrevich Popov | √ | | √ | Mark Windsor, Retained | √ | | √ |

**Proceedings:**   **PRELIMINARY PROBATION REVOCATION**

    Matter called.  Defendant is present with counsel.  Also present is Billy Moffett, Jr., Probation Officer.  Court and counsel confer regarding proceedings pending in Van Nuys State Court.  In light of the pending proceedings, the Court continues the above matter to June 30, 2008 at 3:30 p.m.


**IT IS SO ORDERED**

|  | : | 05 |
|---|---|---|
| | Initials of Deputy Clerk | AB for BEA |