UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 04-1617 GHK | Date | June 30, 2008 |
|---|---|---|---|

**Presiding: The Honorable**    **GEORGE H. KING, UNITED STATES DISTRICT JUDGE**

Interpreter:    N/A

| Beatrice Herrera | Mary Riordan Rickey | Wendy Wu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Cited | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| IGOR ALEXANDREVICH POPOV | ✓ | | ✓ | Mark S. Windsor | | ✓ | ✓ |

PROCEEDINGS:      **PRELIMINARY REVOCATION OF PROBATION**

      Matter called.  Defendant and counsel are present.  Also present is, Billy Moffett, Jr., Probation Officer.  The Court having heard from counsel, and in light of the pending state court action, the court continues the above proceedings to **July 7, 2008 at 3:30 p.m.**  Defendant and counsel are ordered to return on date and time specified herein.

      **IT IS SO ORDERED.**

|  | 00 | : | 10 |
|---|---|---|---|
| Initials of Deputy Clerk | | Bea | |

cc: