1  MARK WINDSOR (No. 190589)
2  16 N. Marengo Street, Suite 300
   Pasadena, California 91101
3  Telephone (626) 792-6700
   Facsimile (213) 232-3609
4  markwindsor@lawyer.com
5  Attorney for Defendant, Igor Popov

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 04CR1617-GHK |
| ) | |
| Plaintiff, ) | STIPULATION RE REVOCATION OF SUPERVISED RELEASE HEARING |
| ) | |
| v. ) | |
| ) | |
| IGOR POPOV, ) | |
| ) | |
| Defendant. | |

_____

IT IS HEREBY STIPULATED between the plaintiff, the United States of America, and defendant Igor Popov that, in light of defense counsel's understanding that Mr. Popov's pending state matters have been resolved, the hearing on Revocation of Mr. Popov's Supervised Release be set for August 11, 2008 at 3:30 p.m.

//

//

1

```
 1                                    Respectfully submitted,
 2
 3
 4                                             /s/
     Dated: July 24, 2008
 5
                                      MARK WINDSOR
 6                                    Attorney for Igor Popov
 7
 8                                        /s/ (per authorization)

 9   Dated: July 24, 2008             WENDY WU
10                                    Assistant United States Attorney
```

2