MARK WINDSOR (No. 190589)
16 N. Marengo Street, Suite 300
Pasadena, California 91101
Telephone (626) 792-6700
Facsimile (213) 232-3609
markwindsor@lawyer.com
Attorney for Defendant, Igor Popov

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>**IGOR POPOV,**<br><br>          Defendant.<br>_____ | **CASE NO. CR 04CR1617-GHK**<br><br>**[PROPOSED] ORDER SETTING DATE FOR REVOCATION HEARING** |

IT IS HEREBY ORDERED THAT the date for the hearing on revocation of Supervised Release shall be Monday, August 11, 2008 at 3:30 p.m.

_____
HON. GEORGE H. KING
United States District Judge

Dated: _____, 2008

1