1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   WENDY T. WU (Cal. Bar. No. 242075)
4  Assistant United States Attorney
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-0619
        Facsimile: (213) 894-0141
7       E-mail:    Wendy.Wu@usdoj.gov

8  Attorneys for Plaintiff
   United States of America
9

10                  UNITED STATES DISTRICT COURT

11               FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,    ) CR No. 04-1617-GHK
                                 )
13           Plaintiff,          ) NOTICE OF REASSIGNMENT OF
                                 ) CRIMINAL CASE
14       v.                      )
                                 )
15  IGOR ALEXANDREVICH POPOV,    )
                                 )
16           Defendant.          )
                                 )
17                               )

18

19       Plaintiff, United States of America, hereby advises the

20  Court that the above-captioned case has been reassigned to a new

21  Assistant United States Attorney ("AUSA") as follows:

22

|                            | **Name**     | **E-mail Address**      |
|----------------------------|--------------|-------------------------|
| **Previously Assigned AUSA** | William You  | william.you@usdoj.gov   |
| **Newly Assigned AUSA**    | Wendy T. Wu  | wendy.wu@usdoj.gov      |

26  Please make all necessary changes to the Court's Case Management/

27  Electronic Case Filing system to ensure that the newly-assigned

28  ///

AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: September 3, 2008

                                          Respectfully submitted,

                                          THOMAS P. O'BRIEN
                                          United States Attorney

                                          CHRISTINE C. EWELL
                                          Assistant United States Attorney
                                          Chief, Criminal Division

                                          _____/s/_____
                                          WENDY T. WU
                                          Assistant United States Attorney

                                          Attorneys for Plaintiff
                                          United States of America