UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 04-1617 GHK | Date | September 3, 2008 |
|---|---|---|---|

| Presiding: The Honorable | GEORGE H. KING, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter: | N/A |
|---|---|

| Beatrice Herrera | N/R | Wendy Wu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| IGOR ALEXANDREVICH POPOV | Not | | √ | Mark S. Windsor | Not | | √ |

**PROCEEDINGS:**  **(IN CHAMBERS)**  **ORDER**

　　The above preliminary revocation proceedings of July 7, 2008, was taken off calendar in light of defendant being in state custody. The Court is informed that the above matter is now ready for further proceedings. Counsel of record are hereby notified that the above preliminary revocation of supervised release proceedings is set for **September 22, 2008 at 3:30 p.m.** Defendant, counsel and the Probation Officer shall appear on date and time specified herein.

　　**IT IS SO ORDERED.**

cc: Billy Moffett, Jr., P/O

| | 0 | : | 00 |
|---|---|---|---|
| | Initials of Deputy Clerk | | Bea |