UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 04-1617 GHK | Date | September 22, 2008 |
|---|---|---|---|

| **Presiding: The Honorable** | **GEORGE H. KING, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter | None |

| Irene Ramirez | Mary Riordan Rickey | Wendy Wu |
|---|---|---|
| *Relief Deputy Clerk* | *Court Reporter.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Cited | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Igor Alexandrevich Popov | X | | X | Mark S. Windsor, CJA | X | X | |

**Proceedings:** **PRELIMINARY REVOCATION OF PROBATION**

Matter called defendant is present with counsel. Also present is Billy Moffett, Jr , Probation Officer. The Court inquires of defendant and counsel if they have received a copy of the petition by the Probation Office, filed April 10, 2008. The Court further inquires if the defendant has had an opportunity to read the allegations set forth in the petition. The defendant is informed of and read to the allegations. Defendant admits allegations 1 and 2.

Court hears from defendant, counsel, government and the Probation Officer prior to imposition of sentence. Based upon the admission of the defendant to having violated the terms and conditions of probation, the Court finds the defendant in violation of the terms and conditions of probation of April 11, 2005.

**IT IS ADJUDGED** that the defendant is hereby continued on probation for a period of 1 year under the same terms and conditions as originally imposed with the additional condition: That Defendant shall reside and participate in a Residential Drug Program, for a period not to exceed 180 days or until discharged favorably by the program director and Probation Officer. The Probation Officer shall select the Residential Drug Program.

| | : | 28 |
|---|---|---|
| Initials of Deputy Clerk | IR | |