UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>                    Plaintiff,          )<br>                                                          )<br>           vs.                                     )<br>                                                          )<br>IGOR ALEXANDREVICH POPOV  )<br>                                                          )<br>                    Defendant.        )<br>                                                          )<br>_____) | CASE NO.  **CR 04-1617 GHK**<br><br>**ORDER REGARDING PROBATION** |

   WHEREAS, on the September 22, 2008, came the attorney for the government and the defendant appeared in person with appointed counsel Mark S. Windsor, CJA, and the defendant having admitted to the allegations as set forth in the Petition of the Probation Officer filed April 10, 2008;

   WHEREAS, based on the admission of the defendant to having violated the terms and conditions of probation, and the Court having found the defendant to be in violation of his probation imposed on April 11, 2005;

   **IT IS ADJUDGED** that the defendant is hereby continued on probation for a period of 1 year under the same terms and conditions as originally imposed with the additional condition: That Defendant shall reside and participate in a Residential Drug Program, for a period not to exceed 180 days or until discharged favorably by the program director and Probation Officer.  The Probation Officer shall select the Residential Drug Program.

SIGNED: U. S. DISTRICT JUDGE _____
                                                  GEORGE H. KING

                                                                                   Allen Abersman, ACTING COURT CLERK

                                                                                   By:  Irene Ramirez
Filed:   9/25/08                                                                Irene Ramirez, Deputy Clerk